MORRIS PETERSON
Steve Morris, Bar No. 1543
Email: sm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 474-9433
Facsimile: (702) 474-9422

Attorneys for Plaintiff
Platinum Partners Value Arbitrage Fund LP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE FUND LP,<br><br>    Plaintiff,<br><br>v.<br><br>GAYLA SUE LEVIN,<br><br>    Defendant. | CASE NO.<br><br>**COMPLAINT** |

Plaintiff, PLATINUM PARTNERS VALUE ARBITRAGE FUND LP ("Platinum"), through its undersigned attorneys, as and for its complaint against Defendant, GAYLA SUE LEVIN, states as follows:

**THE PARTIES, JURISDICTION AND VENUE**

1. Platinum is a Delaware limited liability company with its principal place of business located in the State of New York.

2. Defendant Gayla Sue Levin is a citizen of the State of Florida, residing at 100 Bay Colony Lane, Fort Lauderdale, Florida.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

3. This Court has diversity jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332, in that the matter in controversy exceeds $75,000, exclusive of interest and costs and is between citizens of different states.

4. Venue in this district is proper pursuant to a forum selection clause contained in the contract upon which this action is based, in which Defendant irrevocably consented to the jurisdiction of any court in the State of Nevada.

## RELEVANT FACTS

5. On June 26, 2008, Platinum entered into a credit agreement (the "Credit Agreement") with Banyon Investments, LLC ("Banyon Investments"), a Nevada limited liability company of which Defendant, at all relevant times, was a managing member. The Credit Agreement provided for a multi-million dollar credit facility to Banyon Investments as borrower for purposes of acquiring interests in one or more third-party confidential structured settlement agreements arising out of claims or lawsuits.

6. Corresponding to and referenced within the Credit Agreement is a promissory note dated June 26, 2008 (the "Promissory Note"), as amended and restated on September 24, 2008, which sets forth the repayment terms for the credit facility as owed by Banyon Investments to Platinum.

7. On June 26, 2008, Defendant executed a full and unconditional guaranty (the "Guaranty") of all payment obligations under the Credit Agreement and the Banyon Investments Promissory Note. The Guaranty was reaffirmed in connection with the amendment and restatement of the Promissory Note on September 24, 2008.

8. The Credit Agreement and Promissory Note are in default due to the failure of Banyon Investments to pay principal and interest when due.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

-2-

9. This default has triggered the payment obligations of Defendant under the Guaranty.

10. There is due and owing to Platinum by Defendant the total unpaid principal balance as due under the Credit Agreement and Promissory Note in an amount not less than $75,000, plus accrued interest as of the filing of this action, late fees, attorneys' fees and costs. The Guaranty provides that Defendant is responsible for Platinum's attorneys' fees and costs incurred in enforcing its rights under the Guaranty.

## COUNT 1

## DEFENDANT'S BREACH OF THE GUARANTY

11. Platinum repeats and re-alleges the paragraphs above as if fully set forth herein.

12. The Credit Agreement and Promissory Note are in default due to Banyon Investment's failure to pay principal and interest when due. This default has triggered the payment obligations of Defendant under the Guaranty.

13. There is due and owing to Platinum by Defendant the total unpaid principal balance as due under the Credit Agreement and Promissory Note in an amount to be determined, and in no event less than $75,000, plus accrued interest as of the filing of this action, late fees, attorneys' fees and costs.

14. Platinum owns and holds the Credit Agreement, Promissory Note and the Guaranty.

15. As a direct and proximate result of Defendant's breach of the Guaranty, Platinum has suffered damages.

16. All conditions precedent to bringing this action have been performed, have occurred, or have been excused or waived.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages in the principal amount of the indebtedness, together with

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

all prejudgment accrued interest, late fees, costs and attorneys' fees and for all such other and further relief as this Court deems just and proper.

Dated:      December 31, 2009

                                                        Respectfully submitted,

                                                        MORRIS PETERSON

                                                        By: /s/ Steve Morris
                                                            Steve Morris, Bar No. 1543
                                                            Rex D. Garner, Bar No. 9401
                                                            900 Bank of America Plaza
                                                            300 South Fourth Street
                                                            Las Vegas, NV  89101

OF COUNSEL:

Eliot Lauer
Gabriel Hertzberg
CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422