## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE FUND LP, | ) ) ) | 2:09-CV-02459-PMP-PAL |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| GAYLA SUE LEVIN, | ) ) | |
| Defendant. | ) ) | |

The Court having read and considered Plaintiff's Motion to Strike Certain Affirmative Defenses and for Partial Summary Judgment (Doc. #14), filed on April 14, 2010, Defendant's Response in Opposition thereto (Doc. #27) filed May 21, 2010, and Plaintiff's Reply (Doc. #28) filed May 27, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff's Motion to Strike Certain Affirmative Defenses and for Partial Summary Judgment (Doc. #14) is **DENIED** without prejudice to renew the same following completion of discovery in this case.

DATED: June 1, 2010.

_____
PHILIP M. PRO
United States District Judge