# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE FUND LP, | 2:09-CV-02459-PMP-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| GAYLA SUE LEVIN, | |
| Defendant. | |

The Court having read and considered the Joint Status Report (Doc. #37) filed March 25, 2011 by Plaintiff, and it appearing therefrom that trial in the Florida bankruptcy proceeding is scheduled to occur during the summer of 2011,

**IT IS ORDERED that** counsel for the Parties shall file a second joint status report not later than **September 1, 2011** advising this Court as to the status of the pending bankruptcy proceedings in Florida.

DATED: March 28, 2011.

PHILIP M. PRO
United States District Judge